Condy Carnes v. The State.

No. 3842. Decided May 13, 1908.

Local Option—Variance—Name of Prosecutor.

Where the indictment charged that the defendant sold intoxicating liquor to C. Wiltis and the proof showed a sale to C. Willis the variance is fatal.

Appeal from the County Court of Brown. Tried below before the Hon. A. M. Brumfield.

Appeal from a conviction of a violation of the local option law; penalty, a fine of $50 and thirty days confinement in the county jail.

The opinion states the case.

*Harrison & Wayman*, for appellant.

*F. J. McCord*, Assistant Attorney-General, for the State.

BROOKS, JUDGE.—Appellant was convicted of violating the local option law, and his punishment assessed at a fine of $50 and thirty days imprisonment in the county jail.

The indictment in the case charges that appellant sold intoxicating liquor to C. Wiltis. Proof shows a sale to one C. Willis. This constitutes a fatal variance between the allegation and the proof, and forces this court, under well known rules of law, to reverse this case, and it is so ordered.

*Reversed and remanded.*